AO 91 (Rev. 11/11) Criminal Complaint

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
     MAY - 5 2026
AT _____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh
```

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | |
| **DARJI, Brijesh** | ) | Case No.   8:26-PO-42 (GLF) |
| **PATEL, Jenil Vipulkumar** | ) | |
| **ROBIN, Robin** | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 1, 2026, in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒      Continued on the attached sheet.

_____
*Complainant's signature*

Henry Rojas Matos
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   May 5, 2026

_____
*Judge's signature*

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Henry Rojas Matos, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for 6 years and have been assigned to the Swanton Sector since February of 2025. I successfully completed training at the United States Border Patrol Academy in 2020, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging defendants with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3. On May 1, 2026, BPAs of the Champlain Border Patrol Station were notified by sector dispatch (KAD 640) about multiple subjects walking south on Creek Road in Champlain, NY by a remote camera activation approximately around 9:30 p.m. Agents responded to the area and found footprints located in the dirt on the side of the road walking south. Agents followed the footprints and located four subjects hiding in the brush along Creek Road. The agents identified themselves as United States Border Patrol Agents and proceeded to conduct an immigration inspection. The defendants later identified as, DARJI, Brijes, PATEL, Jenil

Vipulkumar, and ROBIN, Robin. The defendants all freely admitted to being citizens and nationals of India. The defendants also admitted to crossing the border illegally from Canada during the field interview, without being admitted or paroled into the United States through a port of entry. All defendants did not possess any immigration documents to be within the United States legally. The defendants were transported to the USBP station for further processing.

4.      At the station, BPAs fingerprinted the defendants and records checks confirmed that the defendants are not citizens or nationals of the United States; that they did not have permission to enter the United States; and that the defendants had not been examined or inspected by immigration officers.

## Conclusion

5.      Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Henry Rojas-Matos
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:    May 5, 2026

Hon.  Gary L. Favro
United States Magistrate Judge